UNITED STATES DISTRICT COURT ▪ EASTERN DISTRICT OF WASHINGTON
**Transcript Designation and Ordering Form**
*This form should be completed by the party ordering the transcript*
**You must contact the Court Reporter to make financial arrangements**

U.S. Court of Appeals Case No. ____19-35673____ U.S. District Court Case No. __4:18-cv-05189-SAB__
Short Case Title U.S. v. Washington
Date Notice of Appeal Filed by Clerk of the District Court 8/7/2019

1.    **Name of Court Reporter/FTR:** Kim Allen

| **Date of Hearing/Court Rec #** | **Type of Proceedings** |
|---|---|
| May 22, 2019 | Cross-Motions for Summary Judgment |

2.    **Name of Court Reporter/FTR:**

| **Date of Hearing/Court Rec #** | **Type of Proceedings** |
|---|---|
| | |

3.    **Name of Court Reporter/FTR:**

| **Date of Hearing/Court Rec #** | **Type of Proceedings** |
|---|---|
| | |

(Attach additional page for designations, if necessary)

☐    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐    As retained counsel, a pro se litigant, a U.S. Attorney or a Federal Defender, I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐    As appointed counsel, I certify an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within seven (7) days thereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

☑ *Transcript has already been filed in CoA.*

Date transcript ordered ___May 23, 2019___ Party you represent Plaintiff
Type or print name of attorney/pro se litigant Christopher R Healy
Signature of attorney/pro se litigant _____ Phone No. 202-514-8095
Address 1100 L St. NW Washington DC 20005

CA9-036 (10/82) EDWA 11/10