[Counsel Listed in Signature Block]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON *et al.*;<br><br>Defendants. | No. 4:18-cv-5189<br><br>**JOINT STATUS REPORT AND REQUEST FOR ENTRY OF FINAL ORDER** |

The Parties respectfully provide this Joint Status Report in accordance with their proposal in the prior joint status report. *See* ECF No. 65. Since the prior status report, the Parties have reached a mutually acceptable proposed order, which is attached hereto. The parties respectfully request that the Court enter the proposed final order and close this matter.

Dated: December 18, 2023        Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch, Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director
Federal Programs Branch, Civil Division

JOINT STATUS REPORT- 1

/s/ Lee Reeves
LEE REEVES
Trial Attorney
United Stated Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel: (202) 616-0773
Fax: (202) 616-8470
E-Mail:  lee.reeves2@usdoj.gov@usdoj.gov

*Attorneys for the United States of America*

ROBERT W. FERGUSON
Attorney General

/s/Anastasia Sandstrom
ANASTASIA SANDSTROM, WSBA No. 24163
Senior Counsel
NOAH PURCELL, WSBA No. 43492
Solicitor General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Tel: (206) 464-7740
Fax: (206) 587-4290
Email: AnaS@atg.wa.gov

*Attorneys for the State of Washington*

JOINT STATUS REPORT- 2