AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 22, 2023**

SEAN F. McAVOY, CLERK

United States of America,

*Plaintiff*

v.

State of Washington, et al.

*Defendant*

Civil Action No. 4:18-CV-5189-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court's Final Order, entered at ECF No. 87, Plaintiff is awarded its costs of suit, to be paid by Defendants.
The Final Order is entered without prejudice to any future claims regarding S.S.B. 5890, enacted on March 11, 2022, which took effect during the pendency of the Supreme Court's consideration of this suit. Plaintiff shall retain all rights with respect to any future challenge to RCW 51.32.187, or any other successor statute.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian .

Date: 12/22/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates